IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ISRAEL SARINANA,<br>　　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-23-CV-00200-DB |
| AMERICAN EXPRESS COMPANY,<br>et al.<br>　　　Defendants. | §<br>§<br>§ | |

## FINAL JUDGMENT

On October 6, 2023, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDUCE.**

SIGNED this __6th__ day of **October 2023**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE